4 F.3d 155w
 62 USLW 2178, 26 Fed.R.Serv.3d 747,
23 Envtl. L. Rep. 21,546
 MARYLAND CASUALTY COMPANY, Plaintiff-Appellee,
v.
W.R. GRACE AND COMPANY, Defendant-Appellant,
Continental Casualty Company; Aetna Casualty & Surety
Company and General Insurance Company of America, Defendants,
Royal Indemnity Company; Aetna Casualty and Surety Company,
Defendants-Appellees.
 No. 11, Docket 91-9322.
 United States Court of Appeals,
Second Circuit.
 Argued Sept. 30, 1992.
Decided Sept. 1, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 23 F.3d 617